UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 23-8140-BER
_____

IN RE SEALED COMPLAINT
_____/

## MOTION TO UNSEAL

The United States of America, by and through the undersigned counsel, hereby moves this Court for an Order unsealing the Complaint charging the Defendant, Victor Van Vickery, with Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349, as well as the arrest warrant in this matter.

Dated: March 13, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GLENN S. LEON, CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:  /s/ Andrea Savdie
ANDREA SAVDIE
Trial Attorney
FL Special Bar No. A5502799
U.S. Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Phone: (202) 262-6453
Andrea.Savdie@usdoj.gov