UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 23-8140-BER

IN RE SEALED COMPLAINT

_____/

## UNSEALING ORDER

**THIS CAUSE** came before this Court on the Government's Motion to Unseal the Complaint charging Defendant Victor Van Vickery with Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 and the arrest warrant in this matter. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion is hereby **GRANTED**, and the Clerk of the Court shall unseal the Complaint and arrest warrant in this matter.

**DONE AND ORDERED** at West Palm Beach, Florida, this _13_ day of March, 2023.

HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

cc: DOJ Trial Attorney Andrea Savdie