UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____ 23-MJ-8140-BER

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Defendant.
Victor van Vickery

COMES NOW _____ Joshua D. Rudell FB _____ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _____ Joshua. D. Rudell _____

Counsel's Signature: _____

Address (include City/State/Zip Code):

111 SW 6th Street
Fort Lauderdale, FL, 33301

Telephone: 954-779-1711     Florida Bar Number: 29372

Date: 3-13-2023