UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-mj-8140-BER

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

          Defendant.
_____/

FILED BY SW D.C.
Jun 1, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER ON *JOINT* SECOND MOTION TO CONTINUE PRELIMINARY HEARING AND ARRAIGNMENT AND FOR DETERMINATION THAT THE "ENDS OF JUSTICE" WARRANT A TOLLING OF THE SPEEDY INDICTMENT DEADLINE**

**THIS CAUSE** comes before the Court on the parties' Joint Second Motion to Continue Preliminary Hearing and Arraignment and for Determination that the Ends of Justice Warrant a Tolling of the Speedy Indictment Deadline ("Motion") [DE 14]. For the reasons stated in the Motion—that is, to allow the parties additional time to negotiate a potential resolution of this matter and preserve prosecutorial, judicial, and public resources—the Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the parties' request to toll the speedy indictment clock up through and including July 10, 2023, outweigh the interests of the public and the defendant in charging the defendant by information or indictment within 30 days of his arrest, as required by 18 U.S.C. § 3161(b). The Court further finds that the Defendant consents to the extension of the preliminary hearing date, and that there has been a showing of good cause, taking into account the public interest in the prompt disposition of criminal cases. Therefore, the Court, pursuant to Federal Rule of Criminal Procedure 5.1(d), hereby continues the Defendant's preliminary hearing and arraignment as requested by the parties.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 14] is **GRANTED** as follows:

1. The period from June 1, 2023 up through and including July 10, 2023 is excluded in computing the time within which an information or indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161.

2. The preliminary hearing and arraignment in this matter are hereby continued to **June 30, 2023** before the duty United States Magistrate Judge in West Palm Beach.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, in the Southern District of Florida, this 1st day of June, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge