UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-cr-80140-RLR

UNITED STATES OF AMERICA

                Plaintiff,

v.

VICTOR VICKERY,
                Defendant,
_____/

## DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT AND PLEA OF NOT GUILTY

    I, Victor Vickery, the above-named defendant, acknowledge that I have been advised by my lawyer that pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the absolute right to be personally present in open court to be arraigned and have the indictment read to me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment and my right to have the indictment read to me in open court. I have received a copy of the indictment and I have discussed the charges contained in the indictment and the waiver of appearance at arraignment with my attorney. I fully understand the nature of the offenses charged against me and the right to appear at arraignment.

Dated: August 15th, 2023:

_____
VICTOR VICKERY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to the following: this 15th day of August, 2023.

> Respectfully submitted,
>
> The Law Offices of Joshua D. Rydell
> Attorney for Defendant
> 111 SW 6th Street
> Fort Lauderdale, Florida 33301
> Phone  (954) 779-1711
> Fax     (954) 779-1714
>
> By:/s/ Joshua Rydell
>   Joshua D. Rydell
>   Florida Bar No: 28372